CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States on behalf of
Chad Wolf; Kenneth T. "Ken" Cuccinelli III
Katy K. Leung (herein "Federal Defendants")*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Omri Ben Abu and Raeanna Jackson,<br><br>      Plaintiffs,<br><br>v.<br><br>Chad Wolf, Acting Secretary of Department of Homeland Security; Kenneth T. "Ken" Cuccinelli II, Acting Director, U.S. Citizenship and Immigration Services; Katy K. Leung, Field Office Director, Las Vegas Field Office U.S. Citizenship and Immigration Services,<br><br>      Defendants. | Case No. 2:21-cv-00156-GMN-NJK<br>**ORDER GRANTING**<br>**Federal Defendants' Motion to Extend the United States' Deadline to Answer or otherwise respond to Plaintiff's Complaint [ECF No. 6] (First Request)** |

The United States of America, on behalf of Federal Defendants Chad Wolf, Kenneth T. Cuccinelli II, and Katy K. Leung, through counsel, hereby moves to extend the United States' Deadline to answer or otherwise respond to Plaintiff's Complaint. The reason for the motion is as follows:

1. Plaintiffs filed their Complaint for Injunctive and Mandamus Relief on May 6, 2021.

2. Plaintiffs served the United States with a copy of the Summons and Complaint on October 27, 2021.

     3.     The current deadline for Federal Defendants to answer or otherwise respond is December 27, 2021.

     4.     The parties stipulated and agreed to provide the United States an additional 14 days to file an answer to the complaint or other responsive pleading and filed a stipulation with the Court so indicating (ECF No. 8). The Court denied the parties' stipulation to extend for failing to state a reason for the requested extension in violation of the Local Rules (ECF No. 9).

     5.     The United States seeks the extension because the parties are attempting to resolve the matter without further litigation but have been unable to coordinate a meaningful discussion due to holiday scheduling conflicts. The parties are hopeful that within the time of requested extension, such discussion can be achieved. Should the parties be unable to resolve the matter without further litigation, the Federal Defendants will move forward with responding to Plaintiffs' complaint. Accordingly, the Federal Defendants believe good cause exists for the extension in the interest of judicial economy and the parties' resources.

Therefore, the United States requests that the Court extend the deadline for the United States to answer or otherwise respond to January 10, 2022.

Respectfully submitted this 27th day of December 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Skyler H. Pearson*
SKYLER H. PEARSON
Assistant United States Attorney

*Attorneys for the United States*

IT IS SO ORDERED.

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: December 28, 2021