UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Omri Ben Abu and Raeanna Jackson,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Chad Wolf, Acting Secretary of Department of Homeland Security; Kenneth T. "Ken" Cuccinelli II, Acting Director, U.S. Citizenship and Immigration Services; Katy K. Leung, Field Office Director, Las Vegas Field Office U.S. Citizenship and Immigration Services;<br><br>　　　　　Defendants. | Case No. 2:21-cv-00156-GMN-NJK<br><br>Order Granting<br>**Stipulation to Extend the United States' Deadline to Answer**<br><br>**(Second Request)** |

　　　Plaintiffs Omri Ben Abu and Raeanna Jackson and the United States of America, on behalf of Federal Defendants Chad Wolf, Kenneth T. Cuccinelli II, and Katy K. Leung, through counsel, hereby stipulate and agree as follows:

　　　1.　　Plaintiffs filed their Complaint for Injunctive and Mandamus Relief on his Complaint on May 6, 2021.

　　　2.　　Plaintiffs served the United States with a copy of the Summons and Complaint on October 27, 2021.

　　　3.　　The deadline for Federal Defendants to answer or otherwise respond was December 27, 2021.

4. On December 28, 2021, the Court granted Federal Defendants' motion to extend the deadline for the United States to answer or otherwise plead to January 10, 2022 (ECF No. 11).

5. Since the Court granted the first extension, the parties have engaged in discussions to resolve this case without further Court intervention. As such, the parties have also agreed that the United States shall have 30 additional days to file an answer or other responsive pleading on behalf of Federal Defendants to allow further discussions to occur.

6. This stipulation is made in good faith and not for the purpose of delay.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond by February 9, 2022.

Respectfully submitted this 10th day of January 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Peter L. Ashman
PETER L. ASHMAN
617 S. 8th Street, Suite B
Las Vegas, Nevada 89101
pla@ashmanlaw.com

*Attorney for Plaintiff*

/s/ Skyler H. Pearson
SKYLER H. PEARSON
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 21, 2022

2