CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Omri Ben Abu and Raeanna Jackson, | Case No. 2:21-cv-00156-GMN-NJK |
| Plaintiffs, | **Stipulation to Extend the United States' Deadline to Answer** |
| v. | |
| Chad Wolf, Acting Secretary of Department of Homeland Security; Kenneth T. "Ken" Cuccinelli II, Acting Director, U.S. Citizenship and Immigration Services; Katy K. Leung, Field Office Director, Las Vegas Field Office U.S. Citizenship and Immigration Services; | **(Third Request)** |
| Defendants. | |

Plaintiffs Omri Ben Abu and Raeanna Jackson and the United States of America, on behalf of Federal Defendants Chad Wolf, Kenneth T. Cuccinelli II, and Katy K. Leung, through counsel, hereby stipulate and agree as follows:

1.     Plaintiffs filed their Complaint for Injunctive and Mandamus Relief on his Complaint on May 6, 2021.

2.     Plaintiffs served the United States with a copy of the Summons and Complaint on October 27, 2021.

3.     The deadline for Federal Defendants to answer or otherwise respond was December 27, 2021.

4.     On December 28, 2021, the Court granted Federal Defendants' motion to extend the deadline for the United States to answer or otherwise plead to January 10, 2022 (ECF No. 11).

5.     On January 10, 2022, the parties stipulated to another 30-day extension (ECF No. 12).

6.     The Court granted the parties' second stipulation to extend and provided the United States until February 9, 2022, to answer or otherwise plead (ECF No. 13)

7.     Since the Court granted the parties' previous extensions, the parties have continued to engage in good faith discussions to resolve this case without further Court intervention. These discussions have been delayed due to Plaintiffs' relocation to Maryland. However, the parties have agreed that the United States shall have 30 additional days to file an answer or other responsive pleading on behalf of Federal Defendants to allow ongoing discussions to continue.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

8.      This stipulation is made in good faith and not for the purpose of delay.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond by March 11, 2022.

Respectfully submitted this 9th day of February 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Peter L. Ashman*
PETER L. ASHMAN
617 S. 8th Street, Suite B
Las Vegas, Nevada 89101
pla@ashmanlaw.com

*Attorney for Plaintiff*

*/s/ Skyler H. Pearson*
SKYLER H. PEARSON
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** February 9, 2022
_____