CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Omri Ben Abu and Raeanna Jackson,<br><br>     Plaintiffs,<br><br>     v.<br><br>Chad Wolf, Acting Secretary of Department of Homeland Security; Kenneth T. "Ken" Cuccinelli II, Acting Director, U.S. Citizenship and Immigration Services; Katy K. Leung, Field Office Director, Las Vegas Field Office U.S. Citizenship and Immigration Services;<br><br>     Defendants. | Case No. 2:21-cv-00156-GMN-NJK<br><br>**Joint Stipulation to Stay the Proceedings** |

      Plaintiffs, Omri Ben Abu and Raeanna Jackson, and the United States of America, on behalf of Federal Defendants, through counsel, hereby stipulate and jointly move the Court to stay all deadlines in this matter based on the following:

      1.     The parties have continued to engage in discussions that may resolve some or all of the issues raised in Plaintiffs' complaint. Those discussions have shown that the parties are working in good faith to resolve this case without the Court's intervention. These discussions have also resulted in USCIS's approval of the I-130 application mooting a significant portion of the issues involved in this case.

2. Accordingly, the parties request that the Court stay this matter pending resolution or final adjudication of Plaintiffs' I-130 and I-485 applications. If the parties are able to resolve this matter, they will promptly file a stipulation of dismissal.

3. If the parties are unable to resolve this matter and the case is not dismissed, the parties agree to file a joint status report 90 days from the entry of the Court's order granting the parties' requested stay.

Respectfully submitted this 22nd day of March 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Peter L. Ashman
PETER L. ASHMAN
617 S. 8th Street, Suite B
Las Vegas, Nevada 89101
pla@ashmanlaw.com

*Attorney for Plaintiffs*

/s/ Skyler H. Pearson
SKYLER H. PEARSON
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED.**

Dated this  23  day of March, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT