CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Omri Ben Abu and Raeanna Jackson,<br><br>             Plaintiffs,<br><br>     v.<br><br>Chad Wolf, Acting Secretary of Department of Homeland Security; Kenneth T. "Ken" Cuccinelli II, Acting Director, U.S. Citizenship and Immigration Services; Katy K. Leung, Field Office Director, Las Vegas Field Office U.S. Citizenship and Immigration Services;<br><br>             Defendants. | Case No. 2:21-cv-00156-GMN-NJK |

### STIPULATION AND ORDER TO DIMISS

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice. Each party will bear

//
//
//
//
//
//
//

its own costs and attorney's fees.

Respectfully submitted this 2nd day of May 2022.

                                            CHRISTOPHER CHIOU
                                           Acting United States Attorney

| */s/ Peter L. Ashman* | */s/ Skyler H. Pearson* |
|---|---|
| PETER L. ASHMAN | SKYLER H. PEARSON |
| 617 S. 8th Street, Suite B | Assistant United States Attorney |
| Las Vegas, Nevada 89101 | |
| pla@ashmanlaw.com | *Attorneys for the United States* |
| *Attorney for Plaintiff* | |

Based on the foregoing stipulation and good cause appearing therefore, **IT IS HEREBY ORDERED** that this action is DISMISSED.

**IT IS SO ORDERED.**

Dated this __4__ day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT